## NARRAGANSETT FOOD SERVICE, INC.

v.

## CITY OF CENTRAL FALLS et al.

No. 82–433–A.

Supreme Court of Rhode Island.

Oct. 15, 1982.

Tillinghast, Collins & Graham, James E. Purcell, Stephen Lichatin III, Providence, for plaintiff.

Robert H. Newman, City Sol., Central Falls, for defendants.

### ORDER

The plaintiff's motion for injunctive relief pending appeal, as prayed, is denied.

■

## NEWPORT OFFSHORE, LTD.

v.

## John H. NORBERG, Tax Administrator.

No. 82–346–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1982.

Hinckley & Allen, H. Peter Olsen, Mark A. Dingley, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Officer (Taxation), Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

■

## RHODE ISLAND EMPLOYMENT SECURITY ALLIANCE

v.

## STATE of Rhode Island et al.

No. 82–22–A.

Supreme Court of Rhode Island.

Oct. 15, 1982.

Paul E. Gray, Providence, for plaintiff.

Powers & McAndrew Inc., Thomas J. McAndrew, Providence, for defendants.

### ORDER

Since defendants have filed their brief, the plaintiff's motion for issuance of a show cause order, as prayed, is denied.